[No. 73644-2-I.  Division One.  October 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES TUKI TAINOINO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-04686-0, Bruce E. Heller, J., entered June 12, 2015. *Dismissed* by unpublished per curiam opinion.

[No. 73716-3-I.  Division One.  October 17, 2016.]

REMIGIUS G. SHATAS, *Appellant*, v. ANDREW M. SNYDER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-05495-3, Beth M. Andrus, J., entered May 18, 2015. *Reversed* and *remanded* by unpublished opinion per Trickey, J., concurred in by Verellen, C.J., and Becker, J.

[No. 73863-1-I.  Division One.  October 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GRIFFIN LEVI HOWLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-1-00973-1, Bruce I. Weiss, J., entered August 5, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Mann, J., concurred in by Cox and Schindler, JJ.

[No. 74018-1-I.  Division One.  October 17, 2016.]

*In the Matter of the Parenting and Support of* D.R.

NATHAN BRASFIELD, *Appellant*, v. LAUREN ELIZABETH RAINBOW, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-3-06434-8, Suzanne Parisien, J., entered September 1, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Mann, JJ.